IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **8:16CR212** |
| vs. | | |
| ARTURO GARCIA, | | **ORDER** |
| Defendant. | | |

This matter is before the Court on the defendant's Motion for Permission (Filing No. 55). The defendant's post-sentencing request for a copy of his sealed presentence investigation report is denied. The defendant should contact defense counsel for further information.

IT IS ORDERED:

1.  The defendant's Motion for Permission (Filing No. 55) is denied.

2.  A copy of this order shall be mailed to the defendant at his last known address.

Dated this 15th day of May, 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge