IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:16CR212 |
| v. | |
| ARTURO GARCIA, | ORDER |
| Defendant. | |

This matter is before the Court on the government's Motion for Dismissal (Filing No. 111). The government requests the Court dismiss the Petition for Offender Under Supervision (Filing No. 82), and the Amended Petition for Offender Under Supervision (Filing No. 107) without prejudice as to defendant Arturo Garcia. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion to Dismiss (Filing No. 111) is granted.
2. The Petition for Offender Under Supervision (Filing No. 82) and the Amended Petition for Offender Under Supervision (Filing No. 107) are hereby dismissed without prejudice.

Dated this 19th day of January 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge